

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.: 2:10-CR-57 |
| ) | |
| ISADORE SCOTT ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: Jailer
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of Isadore Scott, detained in the Washington County Detention Center, in Jonesborough, Tennessee, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee at Greeneville, Tennessee, on Tuesday, June 15, 2010 at 10:30 a.m., there to be present for initial appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Jailer at Washington County Detention Center under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Jailer so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said Isadore Scott, into his custody and possession at said Washington County Detention Center and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the

purpose aforesaid, and to return him to said Washington County Detention Center under safe and secure conduct and redeliver him to the Jailer of Washington County Detention Center.

PATRICIA MCNUTT
U.S. District Court Clerk

By R. Paxton
Deputy Clerk    5-20-10

MARSHAL'S RETURN
I have partially executed the within __WHCAP__ by receiving the body of __Isadore Scott__ on __6/15__ 20__10__ at __Washington Co.__ and delivering to __ETN Greeneville__ __6/15__ 20__10__
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM

MARSHAL'S RETURN
I have partially executed the within __WHCAP__ by receiving the body of __Isadore Scott__ on __3/18__ 20__10__ at __ETN Greeneville__ and delivering to __Washington Co.__ on __3/18__ 20__10__
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM