UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ISADORE SCOTT, )<br>)<br>Petitioner, )<br>) <br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Nos. 2:17-CV-96, 2:10-CR-57<br>*Judge Jordan* |

### **JUDGMENT**

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that Petitioner's pro se motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Doc. 1, Case No. 2:17-CV-96] is **DENIED** and **DISMISSED** as untimely. 28 U.S.C. § 2255(f). Should Petitioner file a notice of appeal from this decision, he is **DENIED** a certificate of appealability, for the reasons stated in the Opinion. Fed. R. App. P. 22(b). Finally, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith, Fed. R. App. P. 24(a), and **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal.

The Clerk is **DIRECTED** to close the civil case, Case No. 2:17-CV-96.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ John Medearis
   CLERK OF COURT